# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **No. 25-cr-468** |
| | : | **No. 25-mj-2035** |
| **BRYANT JARVIS** | : | |

## ORDER

This 15th day of December, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Appeal of the October 14, 2025 Order of Detention is **DENIED**.

 /s/ Gerald Austin McHugh
United States District Judge